Jakub J. Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

2:21-CV-02961-FMO-PDx

| | |
|---|---|
| JAKUB MADEJ, | Civil Action No. 21-cv-____ |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| U.S. BANK NATIONAL ASSOCIATION, d/b/a/ ELAN FINANCIAL SERVICES, | MARCH 28, 2021 |
| | 47 U.S.C. § 227 (TCPA) |
| Defendant. | |

## NOTICE OF APPEARANCE

Please enter my appearance for Plaintiff Jakub Madej.

Respectfully submitted,

DATED:   March 28, 2021.

By: /s/ Jakub Madej
Jakub J. Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460

-1-

T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com