**FILED**
CLERK, U.S. DISTRICT COURT
APR - 2 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RS___ DEPUTY

Name: Jakub Madej
Address: 415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
Phone Number: (203) 928-8486
Email Address: j.madej@lawsheet.com
*Pro Se*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAKUB MADEJ

PLAINTIFF(S)

v.

U.S. BANK NATIONAL ASSOCIATION d/b/a/ ELAN FINANCIAL SERVICES

DEFENDANT(S)

CASE NUMBER: 2:21-CV-02961-FMO-PDx
21-cv-_____

**APPLICATION FOR PERMISSION FOR ELECTRONIC FILING**

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*
   - ☑ A Computer with internet access.
   - ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ☑ A scanner to convert documents that are only in paper format into electronic files.
   - ☑ A printer or copier to create required paper copies such as chambers copies.
   - ☑ A word-processing program to create documents; and
   - ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 3/28/2021        Signature: /s/ Jakub Madej