

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

2:21-CV-02961-FMO-PDx

| | |
|---|---|
| JAKUB MADEJ,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br>d/b/a/ ELAN FINANCIAL SERVICES,<br><br>  Defendant. | Civil Action No. 21-cv-____<br><br>**DO NOT DOCKET ON CM/ECF**<br><br>MARCH 28, 2021<br><br>47 U.S.C. § 227 (TCPA) |

## PAYMENT OF THE FILING FEE

TO ANY BANK UNDER THE LAWS OF THE UNITED STATES:

I direct you to pay a sum of four hundred and two dollars ($402) on demand between March 28, 2021 and July 30, 2021, to the Clerk of Court, United States District Court for the Central District of California, from my account numbered 1561 1848 2124 at the Bancorp Bank, 409 Silverside Rd, Ste 105, Wilmington, DE 19809, ABA routing number 031 101 279. This draft is intended only to cover the filing fee in the above-captioned case, and is unconditionally negotiable. *Please note* that this check may be truncated under the Check Clearing for the 21st Century Act, Pub. L. 108–100, as any other check.

                                    Signed by the drawer,

DATED: March 28, 2021.              By: /s/ Jakub Madej
                                    Jakub J. Madej
                                    415 Boston Post Rd, Ste 3-1102
                                    Milford, CT 06460
                                    T: (203) 928-8486
                                    F: (203) 902-0070
                                    E: j.madej@lawsheet.com