UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-02961-FMO-PD                          Date: May 7, 2021

Title      *Jakub Madej v. U.S. Bank National Association*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:      Order Re: Plaintiff's Payment of the Filing Fee**

On April 2, 2021, Plaintiff Jakub Madej filed a Complaint for violations of the Telephone Consumer Protection Act ("TCPA") against Defendant U.S. Bank National Association, d/b/a Elan Financial Services.  [Dkt. No. 1.] Plaintiff also filed a document entitled "Payment of the Filing Fee" that requested the Clerk of the Court to take $402 from Plaintiff's bank account. [Dkt. No. 4.]  This document was construed as a request to proceed in forma pauperis, although Plaintiff did not file a Form CV 60, "Request to Proceed In Forma Pauperis with Declaration in Support."

On April 12, 2021, a text entry scheduling notice was docketed indicating that Plaintiff was emailed Form CV 47 which notified Plaintiff that personal checks are not accepted by the Court and that Plaintiff must submit a cashier's check or money order.  The letter further notified Plaintiff that if he did not respond within 30 days, his action could be dismissed.  A Form CV 60 request to proceed in forma pauperis was also emailed to Plaintiff.  [Dkt. No. 7.]

On April 13, 2021, a text entry scheduling notice was docketed notifying Plaintiff that money orders or cashier's checks are accepted for the filing fee, but personal checks are not accepted.  [Dkt. No. 8.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-02961-FMO-PD                                    Date: May 7, 2021

Title      *Jakub Madej v. U.S. Bank National Association*


      To date, Plaintiff has not paid the filing fee.  The deadline to pay the filing fee is **May 13, 2021**.  If Plaintiff fails to pay the filing fee by that date, this action will be dismissed.

**IT IS SO ORDERED**.


Initials of Preparer              im