AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Jakub Madej | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:21-cv-02961-FMO-PD |
| US Bank National Association | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. BANCORP
d/b/a U.S. Bank National Association
c/o the Corporation Trust Company
1209 Orange St
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jakub J. Madej
415 Boston Post Rd Suite 3-1102
Milford, CT 06460
Tel: 203-928-8486
E-mail: j.madej@lawsheet.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Case 2:21-cv-02961-FMO-PD   Document 16   Filed 06/04/21   Page 2 of 3   Page ID #:29

PRSRT FIRST-CLASS
US POSTAGE PAID
PERMIT 431
WICHITA, KS

May 24 2021

UNITED STATES DISTRICT COURT
ATTN: CLERK OF COURT
WESTERN DIVISION
ROYBAL COURTHOUSE
255 E TEMPLE ST
LOS ANGELES CA 90012-3332



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 27 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

JAKUB MADEJ
415 BOSTON POST RD STE 3-1102
MILFORD CT 06460

30974   1770

| | |
|---|---|
| **From:** | Jakub Madej, plaintiff |
| **To:** | Clerk of Court, Central District of California |
| **Re:** | Case No. 2:21-cv-02961-FMO-PD |
| **Date:** | May 24, 2021 |

Dear Clerk:

Please sign, seal, and issue the attached summons to defendant U.S. Bank, N.A., under Federal Rule of Civil Procedure 4(b). I respectfully request that you file the issued summons on the public docket in this case.

Respectfully,

/s/ Jakub Madej