JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKUB MADEJ, | Case No. CV 21-2961 FMO (PDx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| U.S. BANK NATIONAL ASSOCIATION, d/b/a ELAN FINANCIAL SERVICES, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 15th day of July, 2021.

                                                      /s/
                                     Fernando M. Olguin
                                  United States District Judge